Galen BROOKS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 185, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 20, 2016

AFFIRMED.